

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00325-CV

**IN THE INTEREST OF S.S. AND S.S.**, Children

From the County Court, Jim Wells County, Texas
Trial Court No. 16-08-56366-CV
Honorable Michael Ventura Garcia, Judge Presiding

PER CURIAM

Sitting:    Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice

Delivered and Filed:  October 17, 2018

DISMISSED FOR WANT OF PROSECUTION

Appellant M.S.'s brief, which was due on October 3, 2018, has not been filed.  In our September 13, 2018 order, we notified M.S. that no further motions for extension of time to file the appellant's brief would be considered, and that his appeal would be dismissed for want of prosecution if he failed to timely file his appellant's brief by October 3, 2018.  M.S. failed to file an appellant's brief.  Therefore, M.S.'s appeal is dismissed for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).  Costs of appeal are taxed against appellant M.S.

PER CURIAM